IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

# CIVIL PRETRIAL MINUTES

**HONORABLE MARTIN J. JENKINS**                     Courtroom Clerk: **Edward Butler**

DATE: **July 31, 2007**                                              Court reporter: **Not Reported**

Case Number:   **C 07-2259 MJJ**                          Time in Court: 2:45 – 3:01  p.m.

Case Name: **MICHAELTIMBERLAKE v. BAYER CORPORATION**

COUNSEL FOR PLAINTIFF(S):                     COUNSEL FOR DEFENDANT(S):
**Murlene Randle**                                                **Melinda Reichert**

PROCEEDINGS:
( ) Further Status Conference     ( )P/T Conference    (X) Case Management Conference

ORDERED AFTER HEARING:
- 

ORDER TO BE PREPARED BY:     Plntf ()  Deft ( )  Court (X) Parties Jointly ()

Referred to Magistrate Judge **Elizabeth D. Laporte** For: Settlement Conference in **June 2008.**

CASE CONTINUED TO:   _____   at 2:00 p.m  for _____

Discovery Cut-Off:            **2/29/08**             Expert Discovery Cut-Off:   **6/6/08**

Parties to Name Experts by: **5/9/08**     Expert Reports to be Tendered by: **5/16/08**

Designation of Supplemental/Rebuttal Experts: **5/30/08**    Reports: **5/30/08**

Dispositive Motion Hearing shall be heard by: **4/29/08 at 9:30 a.m.**

Pre-Trial Conference Date :  **8/26/08**  at 3:30 p.m.

Trial Date:    **9/8/08**  at 8:30 a.m.   Set for   __**5 – 7**___   days
                    Type of Trial:   (X)Jury     ( )Court

Notes:   **Discovery limits: 10 depositions per side; 30 interrogatories per side, 30 requests for production per side, no limit on requests for admissions, as long as reasonable.  2 Experts per side.**

**Deadline for amendments to pleadings is 9/7/07.**

cc:     Wings Hom (referrals); Lili Harrell (EDL)