| | |
|---|---|
| 1 | ANGELA ALIOTO, ESQ. SBN 130328 |
| | LAW OFFICES OF MAYOR JOSEPH L ALIOTO |
| 2 | & ANGELA ALIOTO |
| | 700 Montgomery Street |
| 3 | San Francisco, CA 94111 |
| | Telephone: 415 434-8700 |
| 4 | Facsimile: 415 438-4638 |
| 5 | *Of Counsel*: |
| | MURLENE J. RANDLE |
| 6 | LAW OFFICES OF M. J. RANDLE |
| | 700 Montgomery Street |
| 7 | San Francisco, CA 94115 |
| | Telephone: 415 352-0189 |
| 8 | Murlene@randlelawoffices.com |
| 9 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| MICHAEL TIMBERLAKE, | ) | CASE NO. C 07-2259 WDB |
| Plaintiff | ) | ▓▓▓▓▓ ORDER FOR |
| | ) | EXTENSION OF DISCOVERY |
| v. | ) | DEADLINE |
| BAYER CORPORATION, BAYER | ) | |
| PHARMACEUTICALS CORPORATION, | ) | |
| and DOES 1 -1000, | ) | |
| Defendants. | ) | |

## ORDER

BASED ON THE FOREGOING STIPULATION OF THE PARTIES AND GOOD CAUSE OTHERWISE APPEARING, the Court Orders the following:

The existing Discovery Deadline in this matter shall be continued from February 29, 2008 until March 14, 200 to enable the Plaintiff to take the depositions of Tony Hsieh and Bob Russey.

IT IS SO ORDERED.

Dated: 2/15/2008        By _____

United states District Court Judge

---

▓▓▓ Order Extension of Discovery Deadline
Timberlake v. Bayer Corporation