ANGELA ALIOTO, ESQ. SBN 130328
JOSEPH ALIOTO VERONESE, ESQ. SBN 214607
LAW OFFICES OF MAYOR JOSEPH L ALIOTO
& ANGELA ALIOTO
700 Montgomery Street
San Francisco, CA 94111
Telephone: 415 434-8700
Facsimile: 415 438-4638

*Of Counsel*:
MURLENE J. RANDLE
LAW OFFICES OF M. J. RANDLE
700 Montgomery Street
San Francisco, CA 94115
Telephone: 415 352-0189
Murlene@randlelawoffices.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL TIMBERLAKE,<br><br>    Plaintiff<br><br>v.<br><br>BAYER CORPORATION, BAYER PHARMACEUTICALS CORPORATION, and DOES 1 -1000,<br><br>    Defendants. | CASE NO.  C 07-2259 WDB<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

Pursuant to the Federal Rule of Civil Procedure 41 (a) (1), the parties to the above-captioned action, by and through their respective counsel of record, hereby stipulate that this action be and hereby is dismissed in its entirety with prejudice. The parties shall bear their own attorneys' fee and costs of suit incurred herein.

LAW OFFICES OF JOSEPH L. ALIOTO &
ANGELA ALIOTO

_____          March 20, 2008
Steven L. Robinson, Esq.
Attorney for Plaintiff Timberlake


Morgan, Lewis & Bockius LLP

/s/ Melinda Riechert          March 20, 2008
_____
Melinda S. Riechert, Esq.
Attorney for Defendants Bayer


PURSUANT TO STIPULATION, IT IS SO ORDERED,

Dated: March 26, 2008

_____
United States District Court Judge

IT IS SO ORDERED
Judge William Alsup

Stipulation of Dismissal With Prejudice
Timberlake v. Bayer Corporation

2 of 2